**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

**IN RE:**

    **ERIC ALAN LEE**                                          **CHAPTER 13**
         **Debtor**                                              **CASE NO: 15-06053**

**CERTIFICATE OF MAILING**

       I hereby certify that a true copy of the Summons and Amended Complaint was mailed by first class mail or certifed mail to the Chapter 13 Trustee, the Debtor(s), and all creditors and other parties of interest.

**SERVICE LIST**

Americredit Financial Services Inc.
  d/b/a GM Financial
PO Box 183853
Arlington, TX 76096
Via Certified Mail

Americredit Financial Services Inc.
c/o Richard M. Epps, Esq.
605 Lynnhaven Parkway, Suite 200
Virginia Beach, VA 23452
Via Certified Mail

Americredit Financial Services Inc.
c/o Corporation Service Company, Registered Agent
Bank of America Center 16th Floor
1111 East Main Street
Richmond, VA 23219
Via Certified Mail

GM Financial
PO Box 183593
Arlington, TX 76096-3593
Via Certified Mail

Herbert L. Beskin
Chapter 13 Trustee
P. O. Box 2103
Charlottesville, VA 22902
Via Certified Mail

Eric Alan Lee
612 Commerce St, Apt. 103
Lynchburg VA 24504-1351
Via First-Class Mail

Date: ***July 23, 2015***

*/s/ Margaret C. Valois*
Margaret C. Valois
Counsel for Debtor
Margaret C. Valois, PLLC
7601 Timberlake Road
Lynchburg, VA 24502
(434) 845-4529
